IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**CONNOR NEECK**
and **ISAIAH WEST**,
individually and on behalf
of all others similarly situated,

      Plaintiffs,

              Case No. 19-cv-834

  vs.

**BADGER BROTHERS MOVING LLC**,

      Defendant.

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

Plaintiffs, by and through their undersigned counsel, hereby move the Court for:

1. An order preliminarily approving the Settlement Agreement in this case;

2. An order granting the parties' Joint Stipulation for Class Certification pursuant to Fed. R. Civ. P. 23; and

3. All other relief as set forth in Plaintiffs' Proposed Order for Preliminary Approval.

For the reasons outlined in the supporting brief filed herewith, the parties believe the Settlement Agreement provides for a fair resolution of the disputes between the parties, and respectfully request that the Court grant preliminary

approval of the settlement.

    Respectfully submitted this 4th day of September, 2020.

                                  Attorneys for the Plaintiffs

                                  By: */s/David C. Zoeller*
                                  **HAWKS QUINDEL, S.C.**
                                  David C. Zoeller, State Bar No. 1052017
                                  Email: dzoeller@hq-law.com
                                  Caitlin M. Madden, State Bar No. 1089238
                                  Email: cmadden@hq-law.com
                                  Vanessa A. Kuettel, State Bar No. 1088329
                                  Email: vkuettel@hq-law.com
                                  Post Office Box 2155
                                  Madison, WI 53701-2155
                                  Telephone: 608-257-0040
                                  Facsimile: 608-256-0236